**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **REYNA ESMERALDA GAMEZ-PALMA,** | § § § | |
| **Petitioner,** | § § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-570-KC** |
| **KRISTI NOEM et al.,** | § § § | |
| **Respondents.** | § § | |

<u>**ORDER**</u>

On this day, the Court considered Reyna Esmeralda Gamez-Palma's Petition for a Writ of Habeas Corpus, ECF No. 1. Gamez-Palma is detained at the ERO El Paso Camp East Montana detention center in El Paso, Texas. *Id.* ¶ 3. She argues that her detention is unlawful and asks the Court to order her release. *Id.* ¶¶ 5, 18–33.

Gamez-Palma is a Mexican citizen. Pet. ¶ 1. At an unspecified date, Gamez-Palma was admitted to the United States on a B1/B2 Tourist Visa, which expires on October 23, 2028. *Id.* ¶ 2; Pet. Ex. B ("Gamez-Palma Visa"). She is also married to a U.S. Citizen and is "actively pursuing lawful permanent resident status." Pet. ¶ 3. On February 22, 2026, immigration officials detained her in Midland, Texas. *Id.* ¶ 3. Gamez-Palma alleges that, to date, she has not been issued a Notice to Appear ("NTA") and "respondents have not initiated removal proceedings." *Id.* ¶ 4.

Respondents have now filed a Response, ECF No. 6. Respondents state that Gamez-Palma "overstayed her visa, making her removable from the United States but not an applicant for admission subject to mandatory detention." And that an NTA was issued on February 24, 2026, but Gamez-Palma did not sign it. *Id.* at 1. Further, the NTA "does not appear" in the

immigration court records, "so it is unclear if it has been filed with the immigration court at this time." *Id.*  Respondents also allege that "bond requests may be filed before the [NTA] is filed" and Gamez-Palma will have "statutory relief available to challenge her detention through a bond hearing under 8 U.S.C. § 1226." *Id.* at 1–2.  Gamez-Palma, however, argues that under Board of Immigration Appeals precedent, "an immigration judge has no jurisdiction to entertain a bond hearing when the Department of Homeland Security does not file a[n NTA] to commence removal proceedings." Pet. ¶ 17.  If Gamez-Palma receives an individualized custody determination by the immigration court, that will moot this Petition.

Accordingly, the Court **ORDERS** that, **<u>on or before March 24, 2026</u>**, Respondents shall **FILE** a status report detailing whether the NTA has been filed with the immigration court, whether Gamez-Palma has received a bond hearing; if not, whether a bond hearing has been scheduled; and if a hearing has not yet been scheduled, the anticipated timeline.

**SO ORDERED**.

**SIGNED this 17th day of March, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2