## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| REYNA ESMERALDA GAMEZ-PALMA, | § § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-570-KC |
| KRISTI NOEM et al., | § § § | |
| Respondents. | § § | |

### ORDER

On this day, the Court considered the case.  Because the parties agree that Gamez-Palma is entitled to a bond hearing in her immigration proceedings, the Court ordered Respondents to file a status report detailing whether they filed a Notice to Appear ("NTA") with the immigration court, and whether a bond hearing had been given.  Mar. 17, 2026, Order, ECF No. 7.

Respondents state that, on March 23, 2026, the NTA was filed with the immigration court. Status Report, ECF No. 8.  And that Gamez-Palma has not had a bond hearing, but it can be scheduled when she files a bond redetermination request with the immigration court.  *Id.*

Accordingly, the Court **ORDERS** that, **on or before April 15, 2026**, Petitioner shall **FILE** a status report detailing whether she has filed a bond redetermination request with the immigration court, and if so, whether a bond hearing has been scheduled or taken place.

**SO ORDERED**.

**SIGNED this 25th day of March, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE