**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **REYNA ESMERALDA GAMEZ-PALMA,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-570-KC** |
| **KRISTI NOEM et al.,** | § § § | |
| **Respondents.** | § § | |

## ORDER

On this day, the Court considered Reyna Esmeralda Gamez-Palma's Petition for a Writ of Habeas Corpus, ECF No. 1, asking for her release from immigration custody. Because the parties appeared to agree that Gamez-Palma was entitled to a bond hearing in her immigration proceedings, the Court ordered her to file a status report detailing whether a bond hearing had been held or scheduled. Mar. 25, 2026, Order, ECF No. 9.

Gamez-Palma now informs the Court that she was granted a $30,000 bond and, after posting it, released from custody. Status Report, ECF No. 10. "[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot. *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)).

Accordingly, the Petition, ECF No. 1, is **DISMISSED as moot**.

The Clerk shall close the case.

2

**SO ORDERED**.

**SIGNED this 13th day of April, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE